FILED'09 MAR 03 12:54USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DEBORAH P. MARTINEZ,
    Plaintiff,

CV 08-6085-AA

v.

ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $2976.00 and costs in the amount of $0.00, for a total of $2976.00, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 3RD day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff